# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07 CV 3351                                                                                   Purchased/Filed: April 26, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                              SOUTHERN COUNTY

---

Santo Lanzafame, et al.                                                                       Plaintiff

against

Tribec Ltd., Adam Ottanvino, and John and/or Jane Doe Fiduciary                Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY              SS.:

_____Jessica Miller_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____May 1, 2007_____ , at __3:45pm__ , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed _____Summons in a Civil Case and Complaint Bearing the above Index # and Filing Date_____ on _____Tribec  Ltd._____ , the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____ , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __35__     Approx. Wt: __200__     Approx. Ht: __5'6__
Color of skin: __White__     Hair color: __Lt. Brown__     Sex: __Female__     Other: _____

Sworn to before me on this

__3rd__ day of _____May 2007_____

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0611367