SANTO LANZAFAME ET AL

- against -

TRIBEC, LTD. ET AL

Index # 07 CIV 3351
Plaintiff(s)
Date Filed:
Defendant(s)
Attorney File # 4088.014
**AFFIDAVIT OF SERVICE**

STATE OF _PA_ : COUNTY OF _Monroe_ ss:

_Thomas Walsh_ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT _E. Stroudsburg, PA_ ON _5/14/07_ AT _6:15_ AM/PM AT _130 Lakeshore Dr Dingmans Ferry PA_

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT
ON: ADAM OTTAVINO, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [ ]  A _____ corporation, delivering thereat a true copy of each to _____ personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be _____ thereof.

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to _Dee_ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [X] dwelling house / usual place of abode within the state. _DEE OTTAVINO (WIFE)_

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** [X]  On _5/14/07_, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _PA_.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X]  A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| F | white | white | 60 | 5'2" | 145 |

Other:

**# 8 WIT. FEES** [ ]  $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** [X]  Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _PA_ and was informed the defendant/respondent was not.

TIMOTHY M. GILBERT
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 14, 2008

Sworn to before me on this _14_ day of _May_, _2007_
Notary Public

Server signature:

Thomas Walsh

Docket #: 476140