UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANTO LANZAFAME in his fiduciary capacity as a Trustee of
THE STONE SETTERS LOCAL 84 PENSION FUND,
ANNUITY FUND, VACATION FUND, APPRENTICE FUND
and INDUSTRY PROMOTION FUND and as a Trustee of the
BRICKLAYERS LOCAL NO. 1 WELFARE AND
INSURANCE FUND and as President of the BRICKLAYERS
AND ALLIED CRAFTWORKERS, LOCAL UNION NO. 1,
NEW YORK, B.A.C.I.U., AFL-CIO,                                    :   07-CV-3351
                                                                  :   (Sweet, J.)
                        Plaintiffs,                               :
                                                                  :
           -against-                                              :   STIPULATION
                                                                  :
TRIBEC LTD., ADAM OTTAVINO and JOHN or                            :
JANE DOE FIDUCIARY,                                               :
                        Defendants.                               :
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the respective parties hereto that

    1.    The time for the Defendants to answer or otherwise respond to the complaint served herein be and the same hereby is extended to and including June 15, 2007.

    2.    Defendants shall not assert and hereby waive any defenses relating to the personal jurisdiction of the Court.

    3.    Facsimile signatures on this document shall be deemed to be originals.

Dated: New York, New York
       June 1, 2007

1

FOR PLAINTIFFS:                                FOR DEFENDANTS:

By: _____                   By: _____
Delmas Costin, Esq. (DC-2926 )                 David J. Aronstam, Esq. (DA 5163)
Holm & O'Hara LLP                              Law Office of David Aronstam
~~420 Lexington Avenue~~ 3 West 35th Street    192 Lexington Avenue, Suite 1202
~~Suite~~  9th Floor                           New York, NY 10016
New York, NY ~~10170~~ 10001                   (212) 949-6210
(212) 682-2280

2