UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SANTO LANZAFAME in his fiduciary capacity as
a Trustee of THE STONE SETTERS LOCAL 84
PENSION FUND, ANNUITY FUND, VACATION
FUND, APPRENTICE FUND and INDUSTRY
PROMOTION FUND and as a Trustee of the
BRICKLAYERS LOCAL NO. 1 WELFARE AND
INSURANCE FUND and as President of the
BRICKLAYER AND ALLIED CRAFTWORKERS,
LOCAL UNION NO .1, NEW YORK, B.A.C.I.U
AFL-CIO,
: Civ. No. 07 Civ. 3351 (RWS)
                    Plaintiffs,

       v.

TRIBEC LTD., ADAM OTTAVINO and
JOHN or JANE DOE FIDUCIARY,

                    Defendants.
------------------------------------------------------------------X

## DEFENDANTS' DISCLOSURE PURSUANT TO F.R.C.P 26(a)(1)

TRIBEC LTD. and ADAM OTTAVINO (the "Defendants"), by their attorney, David J. Aronstam, hereby make initial disclosures as follows:

(A)    The names, addresses and telephone numbers of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses:

    1)    Adam Ottavino
          President of Tribec Ltd.
          23-03 45th Road, Suite 203
          Long Island City, NY 11101
          (718) 433-4595

    2)    Gail Bialofkurski
          Employee of Tribec Ltd.

    3)    Ralph Miele, CPA
Accountant for Tribec Ltd.
1405 Deer Park Avenue
N. Babylon, NY 11703
(631) 242-6700

(B)    Description and location of documents that Defendants may use to support their claims or defenses:

Payroll and other relevant financial records are located at the offices of Tribec Ltd. and Ralph Miele listed above.

(C)    Computation of any category of damages claimed by the disclosing party:

The Defendants do not claim any damages at this stage of the action.

(D)    Defendants do not carry any insurance which may be used to satisfy any judgment obtained herein.

The Defendants reserve the right to supplement this statement as discovery proceeds in this action.

Dated: New York, New York
       June 14, 2007

_____
DAVID J. ARONSTAM, ESQ. (DA 5163)
192 Lexington Avenue, Suite 1202
New York, New York 10016
(212) 949-6210
Attorney for Defendants

To:    Delmas Costin, Esq.
Holm & O'Hara LLP
Attorneys for Plaintiffs
3 West 35th Street, 9th floor
New York, New York 10001
(212) 682-2280

CERTIFICATE OF SERVICE

DAVID J. ARONSTAM, an attorney duly admitted to practice before the courts of New York State, affirms the following under the penalties of perjury: I am not a party to the action, am over 18 years of age and reside at New York, New York. On June 14, 2007, I served the DEFENDANTS' RULE 26a1 DISCLOSURE STATEMENT on:

Delmas Costin, Esq.
Holm & O'Hara LLP
Attorneys for Plaintiffs
3 West 35th Street, 9th floor
New York, New York 10001

by depositing a true copy thereof by first class mail enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

Dated: New York, New York
       June 14, 2007

_____
DAVID J. ARONSTAM