UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Santo Lanzafame in his fiduciary capacity as a Trustee of the Stone Setters Local 84 Pension Fund, Annuity Fund, Vacation Fund, Apprentice Fund and Industry Promotion Fund and as a Trustee of the Bricklayers Local No. 1 Welfare and Insurance Funds and as President of the Bricklayers and Allied Craftworkers Plaintiff, Local Union No. 1, New York B.A.C.I.U., AFL-CIO

07 CIVIL 3351 (RWS)

-against-

Tribec Ltd., Adam Ottavino and John and/or Jane Doe Fiduciary

Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Delmas A. Costin, Jr.__

☐ **Attorney**

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ **Law Firm/Government Agency Association**

    From: __Gordon & Silber, P.C.__

    To: __Holm & O'Hara LLP__

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ **Address:** __3 West 35th Street, 9th Floor, New York, NY 10001__

☑ **Telephone Number:** __(212) 682-2280__

☒ **Fax Number:** __(212) 682-2153__

☐ **E-Mail Address:** _____

Dated: __6/26/07__                    __/s/ Delmas A. Costin, Jr.__