UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SANTO LANZAFAME, et al.,

              Plaintiffs,

  - against -

TRIBEC LTD., et al.

              Defendants.

------------------------------------------X

07 Civ. 3351 (RWS)

O R D E R

**Sweet, D.J.,**

      The motion of defendants dated June 15, 2007, will be heard on submission on Wednesday, July 18, 2007.

      It is so ordered.

**New York, NY**
June 21, 2007

ROBERT W. SWEET
U.S.D.J.