UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANTO LANZAFAME in his fiduciary capacity as a
Trustee of the STONE SETTERS LOCAL 84 PENSION
FUND, ANNUITY FUND, VACATION FUND,
APPRENTICE FUND and INDUSTRY PROMOTION
FUND and as a Trustee of the BRICKLAYERS LOCAL
NO. 1 WELFARE AND INSURANCE FUND and as
President of the BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL UNION NO. 1, NEW
YORK, B.A.C.I.U., AFL-CIO,

                              Plaintiffs,

-against-

TRIBEC LTD., ADAM OTTAVINO and JOHN and/or
JANE DOE FIDUCIARY,

                              Defendants.
------------------------------------------------------------X

Civ. No. 07 Civ. 3351 (RWS)

REVISED SCHEDULING ORDER

Sweet, D. J.,

       The motion of defendants dated June 15, 2007, will be heard on submission on Wednesday, July 25, 2007.

       It is so ordered.

New York, NY
June   , 2007

ROBERT W. SWEET
U.S.D.J.

7-3-07