UNITED STATES DISTRICT COURT for the
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SANTO LANZAFAME in his fiduciary capacity as a Trustee of
THE STONE SETTERS LOCAL 84 PENSION FUND,
ANNUITY FUND, VACATION FUND, APPRENTICE FUND
and INDUSTRY PROMOTION FUND and as a Trustee of the
BRICKLAYERS LOCAL NO. 1 WELFARE AND
INSURANCE FUND and as President of the BRICKLAYERS
AND ALLIED CRAFTWORKERS, LOCAL UNION NO. 1,
NEW YORK, B.A.C.I.U., AFL-CIO,

        Plaintiffs,

  -against-

TRIBEC LTD., ADAM OTTAVINO and JOHN or
JANE DOE FIDUCIARY,
        Defendants.

-------------------------------------------------------------X

~~PROPOSED~~
JUDGMENT

03-CV-2166
(Kaplan, J.)

FILED AUG 22 2005

AUG 15 2005

APPEARANCES:

KAPLAN, United States District Judge:

  On or about June 2004, the parties entered into a Stipulation of Judgment executed by Defendants on June 8, 2004 in which Defendants agreed to pay a debt to Plaintiffs in the amount of $250,000.00 less any payments previously made on account of said sum. Defendants have thus far paid $47,500.00 and have failed to cure their default. The Court hereby directs the Clerk of the Court to enter judgment against Defendants in the amount of $202,500.00 and Plaintiffs shall be entitled to all additional interest, costs and attorneys' fees and expenses in conjunction with the collection and enforcement of the judgment.

SO ORDERED. J. MICHAEL McMAHON
      CLERK OF COURT

BY _____
   DEPUTY

_____
Lewis A. Kaplan, U.S. District Judge

Dated: New York, New York
   August __, 2005

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ___8/22/05___

L:\VFO\STONESET.84\4088.009-Tribec\Pleadings\JMTjudgment.SDNY.doc

(Print signer's name below signature)