UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANTO LANZAFAME in his fiduciary capacity as
a Trustee of THE STONE SETTERS LOCAL 84
PENSION FUND, ANNUITY FUND, VACATION
FUND, APPRENTICE FUND and INDUSTRY
PROMOTION FUND and as a Trustee of the
BRICKLAYERS LOCAL NO. 1 WELFARE AND
INSURANCE FUND and as President of the
BRICKLAYER AND ALLIED CRAFTWORKERS,
LOCAL UNION NO .1, NEW YORK, B.A.C.I.U
AFL-CIO,

                     Civ. No. 07 Civ. 3351 (RWS)

                     Plaintiffs,

              v.

TRIBEC LTD., ADAM OTTAVINO and
JOHN or JANE DOE FIDUCIARY,

                     Defendants.
------------------------------------------------------------X



*[Handwritten endorsement: "No arbitration having been undertaken or required of the Funds, this motion is denied. So ordered. Sweet USDJ 11-29-08"]*

*[Stamp: RECEIVED JUN 19 2007 JUDGE SWEET CHAMBERS]*

## DEFENDANTS' MOTION TO DISMISS OR STAY THIS ACTION BASED ON ARBITRATION CLAUSES

    PLEASE TAKE NOTICE that the Defendants Tribec Ltd. and Adam Ottavino, by their attorney, David J. Aronstam, Esq., will move this Court before the Honorable Robert W. Sweet, U.S.D.J., at the Daniel Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18C, New York, New York 10007, at 2:00 p.m., on July 18, 2007, or as soon thereafter as counsel can be heard, for an order or orders (i) staying this action under the Federal Arbitration Act pending the conclusion of arbitration between the parties, and (ii) such other and further relief as this Court deems just and proper.

    In support of its motion, Defendants will rely on the declaration of David J. Aronstam dated June 15, 2007 and the accompanying Memorandum of Law in support, dated June 15, 2007.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/30/07]*

PLEASE TAKE FURTHER NOTICE that Plaintiff's opposition, if any, is due on or before July 6, 2007 at 5:00 p.m., and Defendants' Reply, if any, is due on or before July 17, 2007 at 5:00 p.m.

Dated: New York, New York
June 15, 2007

                                          DAVID J. ARONSTAM, ESQ. (DA 5163)
                                          192 Lexington Avenue, Suite 1202
                                          New York, New York 10016
                                          (212) 949-6210
                                          Attorney for Defendants

To:    Delmas Costin, Esq.
        Holm & O'Hara LLP
        3 West 35th Street, 9th floor
        New York, New York 10001
        (212) 682-2280
        Attorneys for Plaintiffs