AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

## APPEARANCE

Case Number: 07-CV-3351

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs, Santo Lanzafame in his fiduciary capacity as a Trustee of the Stone Setters Local 84 Pension Fund, Annuity Fund, Vacation Fund, Apprentice Fund and Industry Promotion Fund and as a Trustee of the Bricklayers Local No. 1 Welfare and Insurance Fund and as President of the Bricklayers and Allied Craftworkers, Local Union No. 1, New York, B.A.C.I.U., AFL-CIO.

I certify that I am admitted to practice in this court.

| 12/12/2007 | | |
|---|---|---|
| Date | Signature | |
| | Carol G. Dell | CD 7895 |
| | Print Name | Bar Number |
| | 3 West 35th Street, 9th Floor | |
| | Address | |
| | New York    NY | 10001-2204 |
| | City    State | Zip Code |
| | (212) 682-2280 | (212) 682-2153 |
| | Phone Number | Fax Number |