UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

LANZAFAME, ET AL.,

        Plaintiffs,

- against -

TRIBEC, LTD., ET AL.,

        Defendants.

----------------------------------------X

07 Civ. 3351 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/08

Sweet, D.J.,

    Plaintiffs' letter dated April 1, 2008, will be treated as a motion and will be returnable at noon on Wednesday, April 9, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

New York, NY
April 3, 2008

                              ROBERT W. SWEET
                                  U.S.D.J.