Exhibit A

VINCENT F. O'HARA
WILLIAM P. HOLM*
MICHAEL L. LANDSMAN
CAROL G. DELL

———

ABBEY M. GRUBER†
MARION M. LIM
VALERIA A. KOZHICH

———

* ALSO ADMITTED IN CT
† ALSO ADMITTED IN NJ

# HOLM & O'HARA LLP
ATTORNEYS AT LAW
3 WEST 35TH STREET
NEW YORK, NEW YORK 10001-2204
(212) 682-2280
FAX (212) 682-2153
www.holmandohara.com

CONNECTICUT OFFICE
73 MAIN STREET
P.O. BOX 215
SHARON, CT 06069
(860) 364-0627



January 29, 2008

**<u>Via Facsimile and First Class Mail</u>**

David J. Aronstam, Esq.
192 Lexington Avenue, Suite 1202
New York, NY 10016

> Re:     *Santo Lanzafame et al. v. Tribec Ltd. et al.*
> Index No. 07-CV-3351
> Our File No. 4088.014

Dear Mr. Aronstam:

In furtherance to our discussions at the January 23, 2008 Initial Pretrial Conference in the above referenced matter, plaintiffs' auditors have identified the following records as necessary to complete the audit examination of Tribec, Ltd. ("Tribec"):

a)    General ledger reports for the period 7/1/05-3/31/07;
b)    Cash disbursement ledgers for the period 7/1/05-3/31/07;
c)    NYS-45 & 941 reports for the periods ending September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006 and March 31, 2007;
d)    A complete set of certified payrolls for the audit period (7/1/05-3/31/07); and
e)    Remittance reports filed for Laborers Local 1010 during the audit period (7/1/05-3/31/07).

Please provide copies of the above referenced documents to this office by February 13, 2008 to enable plaintiffs' auditors to complete the audit examination of Tribec.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

Carol G. Dell

cc:    Santo Lanzafame (via facsimile)
Jeremiah Sullivan (via facsimile)
Michael Gold, CPA (via facsimile)
L:\VFO\STONESET.84\4088.014-Tribec (2007)\Letters\Aronstam-04.missing.audit.records.doc