Exhibit B

## KOBGO ASSOCIATES, INC.

350 FIFTH AVENUE – SUITE 4309
NEW YORK, NEW YORK 10118-4388
TEL: 212-564-9451    FAX: 212-268-6562
E-MAIL: GKSPC@AOL.COM

NEW E-MAIL: GKS@GKSPC.COM

To the Board of Trustees
Stone Setters Fringe Benefit Funds
253 West 35th Street
New York, NY 10001

### Independent Accountant's Report
### On Applying Agreed-Upon Procedures

We have performed the agreed-upon procedures, as described in our payroll audit program, to the accounting and payroll records of *Tribec Ltd.* for the period *July 1, 2005 through March 31, 2007*. These procedures were performed solely for the purpose of determining the completeness and accuracy of remittance reports filed and contributions paid under the terms of the Collective Bargaining Agreement(s). This agreed-upon procedures engagement was performed in accordance with standards established by the American Institute of Certified Public Accountants.

Our findings are summarized in the accompanying schedules and are subject to the scope limitations (if any) as described in those schedules.

This report is intended solely for the use of the Trustees of the Stone Setters Fringe Benefit Funds to determine the completeness and accuracy of remittance reports filed and contributions paid under the terms of the Collective Bargaining Agreement and should not be used for any other purpose.

This report is a revision of a prior audit report dated July 9, 2007. The prior delinquency of $168,517 has been amended to reflect additional information received.

*Kobgo Associates, Inc.*

February 5, 2008

cc: Carol G. Dell, Esq.

G:\Stonesetters\PRaudit\Word_docs\Tribec Ltd. 2-5-08.doc

**Company name and address:**
Tribec Ltd.
23-03 45th Road, Suite 203
Long Island City, NY 11101

**Examination conducted at:** Above address

**Date(s) of examination:**    Various

**Audit costs:**    $3,825

**Scope limitations imposed by employer:**

 ✓  See Auditors comments:

**Delinquencies, if any (subject to above-mentioned scope limitations, if any):**

| Stamp Hours | Delinquency ($) |
|---|---|
|  |  |
|  | $169,614 |
|  |  |

See attached supporting schedules summarizing delinquencies (if any) by employee, date, wages, hours and amounts.

**Auditor's Comments:**

The indicated delinquency in the amount of $169,614 consists of the following items: 1) fringe benefits owed in the amount of $86,874 based on unreported hours for various stone tender employees and 2) fringe benefits owed in the amount of $82,740 based on unreported hours for various stone setter employees. See supporting schedules attached.

We have also itemized fringe benefit delinquencies by project locations. See schedules attached.

The following records were requested but not made available for review or examination:

- General ledger reports for the period 7/1/05-3/31/07.
- Cash disbursement ledgers for the period 7/1/05-3/31/07.
- NYS-45 & 941 reports for the periods ending September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006 and March 31, 2007.
- A complete set of certified payrolls for the audit period.
- Remittance reports filed for Local 1010 laborers during the audit period.

**Other schedules attached:**

 ✓  None

See Independent Accountant's Report on Applying Agreed-Upon Procedures

**Company: Tribec Ltd**

**Union: Stone Setters & Stone Tenders**
**Audit Period: 07/01/05 - 03/31/07**

**Summary Delinquency Schedule:**

| Union | Total Delinquency | Route 9A Project | Croton Water Treatment Project | Newtown Creek Project | Kensico Dam Project | Miscellaneous |
|---|---|---|---|---|---|---|
| Stone Tenders | **86,874.02** | 51,787.97 | 20,940.93 | 5,306.64 | 3,216.00 | 5,622.48 |
| Stone Setters | **82,740.42** | 21,544.16 | 6,953.34 | 35,891.46 | 10,813.80 | 7,537.66 |
| Total delinquency | **169,614.44** | 73,332.13 | 27,894.27 | 41,198.10 | 14,029.80 | 13,160.14 |

Notes:

The employer did not provide us with a complete set of certified payrolls or time sheets for the audit period. We required assistance from union trustees in determining where various covered employees worked during the audit period.

Miscellaneous delinquencies refer to delinquent hours for covered employees that were not attributable to a specific project.

See supporting schedules attached.

## DELINQUENCY SCHEDULE - STONE TENDERS

**COMPANY NAME:** TRIBEC LTD

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | | | | - | |
| | 07/01/05-06/30/06 | 4,296.50 | 15.71 | 67,498.02 | |
| | 07/01/06-03/31/07 | 1,211.00 | 16.00 | 19,376.00 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 86,874.02 |

DEL STAMPS

| Supporting Schedule of Payroll Omissions | | | | | | |
|---|---|---|---|---|---|---|
| Company: Tribec LTD | | | | | | |
| Union: Stone Tenders | | | | | | |
| Audit Period: 7/1/05-3/31/07 | | | | | | |
| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
| | | | | 8,109.25 | 2,601.75 | 5,507.50 |
| Araujo | Luis | 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 | Jul-05 | 48.00 | - | 48.00 |
| Araujo | Luis | 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 | Aug-05 | 64.00 | - | 64.00 |
| Araujo | Luis | 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 | Sep-05 | 48.00 | - | 48.00 |
| Araujo | Luis | 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 | Oct-05 | 24.00 | - | 24.00 |
| | | | | | | |
| Fazzolari | Dean | 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 | Jan-06 | 52.50 | 67.50 | (15.00) |
| Haines | Doug | 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 | Jan-06 | 151.50 | 148.00 | 3.50 |
| | | | | | | |
| Araujo | Luis | 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 | Feb-06 | 49.00 | 85.00 | (36.00) |
| Dunn | Brian | 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 | Feb-06 | 95.50 | 74.50 | 21.00 |
| Fazzolari | Dean | 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 | Feb-06 | 107.50 | 86.50 | 21.00 |
| Haines | Doug | 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 | Feb-06 | 100.50 | 79.50 | 21.00 |
| | | | | | | |
| Araujo | Luis | 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 | Mar-06 | 135.75 | 151.75 | (16.00) |
| | | | | | | |
| Araujo | Luis | 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 | Apr-06 | 73.00 | - | 73.00 |
| Buckley | Stephen | 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 | Apr-06 | 55.00 | - | 55.00 |
| Dahl | Jeremy | 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 | Apr-06 | 103.50 | - | 103.50 |
| Dinu | Christian | 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 | Apr-06 | 52.50 | - | 52.50 |
| Duda | Theodore | 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 | Apr-06 | 119.50 | - | 119.50 |
| Dunn | Brian | 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 | Apr-06 | 122.75 | - | 122.75 |
| Fazzolari | Dean | 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 | Apr-06 | 120.00 | - | 120.00 |
| Haines | Doug | 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 | Apr-06 | 121.00 | - | 121.00 |
| Marrocco | Frank | 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 | Apr-06 | 86.00 | - | 86.00 |
| Morillo | Franesco | 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 | Apr-06 | 97.50 | - | 97.50 |
| Ordonez | Francisco | 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 | Apr-06 | 25.50 | - | 25.50 |
| Sanchez | Antonio | 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 | Apr-06 | 82.50 | - | 82.50 |
| Surrez | Robert | 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 | Apr-06 | 24.00 | - | 24.00 |
| | | | | | | |
| Araujo | Luis | 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 | May-06 | 144.50 | - | 144.50 |
| Dahl | Jeremy | 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 | May-06 | 124.50 | - | 124.50 |
| Dinu | Christian | 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 | May-06 | 164.75 | - | 164.75 |
| Duda | Theodore | 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 | May-06 | 142.00 | - | 142.00 |
| Dunn | Brian | 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 | May-06 | 142.00 | - | 142.00 |
| Fazzolari | Dean | 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 | May-06 | 149.50 | - | 149.50 |
| Haines | Doug | 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 | May-06 | 152.50 | - | 152.50 |
| MacMillan | Richard | 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 | May-06 | 73.50 | - | 73.50 |
| Marrocco | Frank | 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 | May-06 | 152.50 | - | 152.50 |
| Morillo | Franesco | 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 | May-06 | 167.50 | - | 167.50 |
| Ordonez | Francisco | 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 | May-06 | 167.25 | - | 167.25 |
| Sanchez | Antonio | 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 | May-06 | 158.75 | - | 158.75 |
| Surrez | Robert | 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 | May-06 | 47.00 | - | 47.00 |

| | | | | Hours/Wages | | |
|---|---|---|---|---|---|---|
| **Supporting Schedule of Payroll Omissions** | | | | | | |
| **Company: Tribec LTD** | | | | | | |
| **Union: Stone Tenders** | | | | | | |
| **Audit Period: 7/1/05-3/31/07** | | | | | | |
| Name | | Soc. Sec. No. | Payroll Period | Hours/Wages | | |
| Last | First | | | Worked | Reported | Delinquencies |
| | | | | 8,109.25 | 2,601.75 | 5,507.50 |
| Araujo | Luis | 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 | Jun-06 | 88.00 | - | 88.00 |
| Dahl | Jeremy | 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 | Jun-06 | 16.00 | - | 16.00 |
| Dinu | Christian | 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 | Jun-06 | 119.50 | - | 119.50 |
| Duda | Theodore | 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 | Jun-06 | 158.00 | - | 158.00 |
| Dunn | Brian | 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 | Jun-06 | 141.50 | - | 141.50 |
| Fazzolari | Dean | 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 | Jun-06 | 149.00 | - | 149.00 |
| Haines | Doug | 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 | Jun-06 | 131.00 | - | 131.00 |
| Marrocco | Frank | 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 | Jun-06 | 158.00 | - | 158.00 |
| Morillo | Franesco | 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 | Jun-06 | 155.00 | - | 155.00 |
| Sanchez | Antonio | 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 | Jun-06 | 128.00 | | 128.00 |
| Araujo | Luis | 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 | Jul-06 | 63.50 | - | 63.50 |
| Dinu | Christian | 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 | Jul-06 | 56.00 | 68.00 | (12.00) |
| Duda | Theodore | 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 | Jul-06 | 54.00 | - | 54.00 |
| Dunn | Brian | 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 | Jul-06 | 119.50 | 101.00 | 18.50 |
| Fazzolari | Dean | 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 | Jul-06 | 90.50 | - | 90.50 |
| Haines | Doug | 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 | Jul-06 | 98.00 | - | 98.00 |
| MacMillan | Richard | 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 | Jul-06 | 28.00 | | 28.00 |
| Marrocco | Frank | 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 | Jul-06 | 116.00 | 85.00 | 31.00 |
| Morillo | Franesco | 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 | Jul-06 | 194.50 | 86.50 | 108.00 |
| Sanchez | Antonio | 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 | Jul-06 | 103.00 | 94.50 | 8.50 |
| Araujo | Luis | 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 | Aug-06 | 141.00 | - | 141.00 |
| Dinu | Christian | 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 | Aug-06 | 153.50 | 136.00 | 17.50 |
| Duda | Theodore | 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 | Aug-06 | 137.50 | 67.50 | 70.00 |
| Dunn | Brian | 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 | Aug-06 | 147.50 | 40.00 | 107.50 |
| Fazzolari | Dean | 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 | Aug-06 | 127.50 | 96.50 | 31.00 |
| Haines | Doug | 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 | Aug-06 | 42.00 | - | 42.00 |
| Marrocco | Frank | 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 | Aug-06 | 126.50 | 40.00 | 86.50 |
| Araujo | Luis | 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 | Sep-06 | 48.00 | 15.00 | 33.00 |
| Dinu | Christian | 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 | Sep-06 | 126.00 | 152.50 | (26.50) |
| Duda | Theodore | 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 | Sep-06 | 119.00 | 164.00 | (45.00) |
| Dunn | Brian | 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 | Sep-06 | 81.00 | 138.50 | (57.50) |
| Fazzolari | Dean | 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 | Sep-06 | 119.00 | 84.50 | 34.50 |
| Haines | Doug | 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 | Sep-06 | - | 110.00 | (110.00) |
| MacMillan | Richard | 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 | Sep-06 | | 28.00 | (28.00) |
| Marrocco | Frank | 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 | Sep-06 | 89.00 | 145.50 | (56.50) |
| Morillo | Franesco | 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 | Sep-06 | 119.00 | 128.00 | (9.00) |
| Sanchez | Antonio | 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 | Sep-06 | 119.00 | 128.00 | (9.00) |

| Supporting Schedule of Payroll Omissions | | | | | | |
|---|---|---|---|---|---|---|
| Company: Tribec LTD | | | | | | |
| Union: Stone Tenders | | | | | | |
| Audit Period: 7/1/05-3/31/07 | | | | | | |
| Name | | Soc. Sec. No. | Payroll Period | Hours/Wages | | |
| Last | First | | | Worked | Reported | Delinquencies |
| | | | | 8,109.25 | 2,601.75 | 5,507.50 |
| Araujo | Luis | 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 | Oct-06 | 52.00 | - | 52.00 |
| Dinu | Christian | 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 | Oct-06 | 44.00 | - | 44.00 |
| Duda | Theodore | 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 | Oct-06 | 14.00 | - | 14.00 |
| Dunn | Brian | 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 | Oct-06 | 14.00 | - | 14.00 |
| Fazzolari | Dean | 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 | Oct-06 | 14.00 | - | 14.00 |
| Marrocco | Frank | 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 | Oct-06 | 14.00 | - | 14.00 |
| Morillo | Franesco | 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 | Oct-06 | 14.00 | | 14.00 |
| Sanchez | Antonio | 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 | Oct-06 | 14.00 | | 14.00 |
| | | | | | | |
| Dinu | Christian | 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 | Nov-06 | 106.50 | - | 106.50 |
| Popescu | Sorin | 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 | Nov-06 | 21.00 | - | 21.00 |
| | | | | | | |
| Araujo | Luis | 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 | Dec-06 | 12.50 | - | 12.50 |
| Dinu | Christian | 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 | Dec-06 | 36.50 | - | 36.50 |
| Popescu | Sorin | 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 | Dec-06 | 109.00 | - | 109.00 |
| | | | | | | |
| Araujo | Luis | 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 | Mar-07 | 15.00 | - | 15.00 |
| Popescu | Sorin | 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 | Mar-07 | 21.00 | - | 21.00 |
| | | | | | | |
| Note: | | | | | | |
| | | | | | | |
| omissions by periods: | | | | | | |
| | | | | | | |
| 07/01/05-06/30/06 | 4,296.50 | | | | | |
| 07/01/06-03/31/07 | 1,211.00 | | | | | |
| | | | | | | |
| Totals | 5,507.50 | | | | | |
| Omissions based on review of weekly time sheeta and certified payrolls . | | | | | | |
| | | | | | | |
| We were missing weekly time sheets and/ or certified payrolls for various projects. | | | | | | |

## DELINQUENCY SCHEDULE - STONE TENDERS

**COMPANY NAME:** TRIBEC LTD - ROUTE 9A

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | 07/01/05-06/30/06 | 2,924.25 | 15.71 | 45,939.97 | |
| | 07/01/06-03/31/07 | 365.50 | 16.00 | 5,848.00 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 51,787.97 |

DEL STAMPS

| | | | | | | |
|---|---|---|---|---|---|---|
| **Supporting Schedule of Payroll Omissions** | | | | | | |
| **Company: Tribec LTD  - Route 9A Project** | | | | | | |
| **Union: Stone Tenders** | | | | | | |
| **Audit Period: 7/1/05-3/31/07** | | | | | | |
| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
| | | | | **5,116.50** | **1,826.75** | **3,289.75** |
| Fazzolari | Dean | 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 | Jan-06 | 52.50 | 67.50 | (15.00) |
| Haines | Doug | 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 | Jan-06 | 151.50 | 148.00 | 3.50 |
| Araujo | Luis | 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 | Feb-06 | 49.00 | 85.00 | (36.00) |
| Dunn | Brian | 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 | Feb-06 | 95.50 | 74.50 | 21.00 |
| Fazzolari | Dean | 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 | Feb-06 | 107.50 | 86.50 | 21.00 |
| Haines | Doug | 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 | Feb-06 | 100.50 | 79.50 | 21.00 |
| Araujo | Luis | 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 | Mar-06 | 135.75 | 151.75 | (16.00) |
| Araujo | Luis | 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 | Apr-06 | 73.00 | - | 73.00 |
| Buckley | Stephen | 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 | Apr-06 | 55.00 | - | 55.00 |
| Dahl | Jeremy | 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 | Apr-06 | 103.50 | - | 103.50 |
| Duda | Theodore | 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 | Apr-06 | 119.50 | - | 119.50 |
| Dunn | Brian | 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 | Apr-06 | 122.75 | - | 122.75 |
| Fazzolari | Dean | 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 | Apr-06 | 120.00 | - | 120.00 |
| Haines | Doug | 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 | Apr-06 | 121.00 | - | 121.00 |
| Marrocco | Frank | 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 | Apr-06 | 86.00 | - | 86.00 |
| Morillo | Franesco | 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 | Apr-06 | 97.50 | - | 97.50 |
| Ordonez | Francisco | 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 | Apr-06 | 25.50 | - | 25.50 |
| Sanchez | Antonio | 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 | Apr-06 | 82.50 | - | 82.50 |
| Surrez | Robert | 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 | Apr-06 | 24.00 | - | 24.00 |
| Dahl | Jeremy | 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 | May-06 | 124.50 | - | 124.50 |
| Duda | Theodore | 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 | May-06 | 142.00 | - | 142.00 |
| Dunn | Brian | 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 | May-06 | 142.00 | - | 142.00 |
| Fazzolari | Dean | 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 | May-06 | 149.50 | - | 149.50 |
| Haines | Doug | 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 | May-06 | 152.50 | - | 152.50 |
| MacMillan | Richard | 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 | May-06 | 73.50 | - | 73.50 |
| Marrocco | Frank | 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 | May-06 | 152.50 | - | 152.50 |
| Morillo | Franesco | 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 | May-06 | 167.50 | - | 167.50 |
| Surrez | Robert | 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 | May-06 | 47.00 | - | 47.00 |
| Duda | Theodore | 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 | Jun-06 | 158.00 | - | 158.00 |
| Dunn | Brian | 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 | Jun-06 | 141.50 | - | 141.50 |
| Haines | Doug | 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 | Jun-06 | 131.00 | - | 131.00 |
| Marrocco | Frank | 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 | Jun-06 | 158.00 | - | 158.00 |
| Morillo | Franesco | 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 | Jun-06 | 155.00 | - | 155.00 |
| Duda | Theodore | 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 | Jul-06 | 54.00 | - | 54.00 |
| Dunn | Brian | 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 | Jul-06 | 119.50 | 101.00 | 18.50 |

## Supporting Schedule of Payroll Omissions
### Company: Tribec LTD  - Route 9A Project
### Union: Stone Tenders
### Audit Period: 7/1/05-3/31/07

| Name | | | Payroll | Hours/Wages | | |
|------|------|------|---------|--------|----------|--------------|
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
| | | | | 5,116.50 | 1,826.75 | 3,289.75 |
| Haines | Doug | 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 | Jul-06 | 98.00 | - | 98.00 |
| MacMillan | Richard | 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 | Jul-06 | 28.00 | | 28.00 |
| Marrocco | Frank | 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 | Jul-06 | 116.00 | 85.00 | 31.00 |
| Morillo | Franesco | 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 | Jul-06 | 194.50 | 86.50 | 108.00 |
| | | | | | | |
| Duda | Theodore | 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 | Aug-06 | 137.50 | 67.50 | 70.00 |
| Dunn | Brian | 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 | Aug-06 | 147.50 | 40.00 | 107.50 |
| Haines | Doug | 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 | Aug-06 | 42.00 | | 42.00 |
| Marrocco | Frank | 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 | Aug-06 | 126.50 | 40.00 | 86.50 |
| | | | | | | |
| Duda | Theodore | 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 | Sep-06 | 119.00 | 164.00 | (45.00) |
| Dunn | Brian | 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 | Sep-06 | 81.00 | 138.50 | (57.50) |
| Haines | Doug | 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 | Sep-06 | - | 110.00 | (110.00) |
| MacMillan | Richard | 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 | Sep-06 | - | 28.00 | (28.00) |
| Marrocco | Frank | 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 | Sep-06 | 89.00 | 145.50 | (56.50) |
| Morillo | Franesco | 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 | Sep-06 | 119.00 | 128.00 | (9.00) |
| | | | | | | |
| Dunn | Brian | 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 | Oct-06 | 14.00 | - | 14.00 |
| Marrocco | Frank | 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 | Oct-06 | 14.00 | - | 14.00 |

Note:

omissions by periods:

| | | |
|---|---|---|
| 07/01/05-06/30/06 | 2,924.25 | |
| 07/01/06-03/31/07 | 365.50 | |
| | | |
| Totals | 3,289.75 | |

Omissions based on review of weekly time sheeta and certified
payrolls . We also required assistance from union trustees
regarding where covered employees worked.

## DELINQUENCY SCHEDULE - STONE TENDERS

**COMPANY NAME:** TRIBEC LTD - CROTON WATER TREATMENT PROJECT

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | | | | - | |
| | 07/01/05-06/30/06 | 1,100.25 | 15.71 | 17,284.93 | |
| | 07/01/06-03/31/07 | 228.50 | 16.00 | 3,656.00 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 20,940.93 |

DEL STAMPS

| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
|---|---|---|---|---|---|---|
| | | | | **2,088.75** | **760.00** | **1,328.75** |
| Dinu | Christian | 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 | Apr-06 | 52.50 | - | 52.50 |
| | | | | | | |
| Araujo | Luis | 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 | May-06 | 144.50 | - | 144.50 |
| Dinu | Christian | 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 | May-06 | 164.75 | - | 164.75 |
| Ordonez | Francisco | 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 | May-06 | 167.25 | | 167.25 |
| Sanchez | Antonio | 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 | May-06 | 158.75 | | 158.75 |
| | | | | | | |
| Dahl | Jeremy | 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 | Jun-06 | 16.00 | | 16.00 |
| Dinu | Christian | 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 | Jun-06 | 119.50 | - | 119.50 |
| Fazzolari | Dean | 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 | Jun-06 | 149.00 | | 149.00 |
| Sanchez | Antonio | 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 | Jun-06 | 128.00 | | 128.00 |
| | | | | | | |
| Dinu | Christian | 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 | Jul-06 | 56.00 | 68.00 | (12.00) |
| Fazzolari | Dean | 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 | Jul-06 | 90.50 | - | 90.50 |
| Sanchez | Antonio | 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 | Jul-06 | 103.00 | 94.50 | 8.50 |
| | | | | | | |
| Dinu | Christian | 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 | Aug-06 | 153.50 | 136.00 | 17.50 |
| Fazzolari | Dean | 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 | Aug-06 | 127.50 | 96.50 | 31.00 |
| | | | | | | |
| Dinu | Christian | 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 | Sep-06 | 126.00 | 152.50 | (26.50) |
| Fazzolari | Dean | 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 | Sep-06 | 119.00 | 84.50 | 34.50 |
| Sanchez | Antonio | 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 | Sep-06 | 119.00 | 128.00 | (9.00) |
| | | | | | | |
| Araujo | Luis | 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 | Oct-06 | 52.00 | | 52.00 |
| Dinu | Christian | 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 | Oct-06 | 14.00 | - | 14.00 |
| Morillo | Franesco | 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 | Oct-06 | 14.00 | | 14.00 |
| Sanchez | Antonio | 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 | Oct-06 | 14.00 | | 14.00 |

# Supporting Schedule of Payroll Omissions
## Company: Tribec LTD - Croton Water Treatment ( Bronx )
### Union: Stone Tenders
### Audit Period: 7/1/05-3/31/07

Note:

omissions by periods:

| | | |
|---|---|---|
| 07/01/05-06/30/06 | 1,100.25 | |
| 07/01/06-03/31/07 | 228.50 | |
| | | |
| Totals | 1,328.75 | |

Omissions based on review of weekly time sheets and certified payrolls . We also required assistance from union trustees regarding where covered employees worked.

## DELINQUENCY SCHEDULE - STONE TENDERS

**COMPANY NAME:**   TRIBEC LTD - NEWTOWN CREEK

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | 07/01/05-06/30/06 | 184.00 | 15.71 | 2,890.64 | |
| | 07/01/06-03/31/07 | 151.00 | 16.00 | 2,416.00 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 5,306.64 |

DEL STAMPS

### Supporting Schedule of Payroll Omissions
#### Company: Tribec LTD - Newtown Creek
#### Union: Stone Tenders
#### Audit Period: 7/1/05-3/31/07

| Name | | Soc. Sec. No. | Payroll Period | Hours/Wages | | Delinquencies |
| Last | First | | | Worked | Reported | |
|------|-------|---------------|---------|--------|----------|---------------|
| | | | | 335.00 | - | 335.00 |
| Araujo | Luis | 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 | Jul-05 | 48.00 | - | 48.00 |
| Araujo | Luis | 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 | Aug-05 | 64.00 | - | 64.00 |
| Araujo | Luis | 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 | Sep-05 | 48.00 | - | 48.00 |
| Araujo | Luis | 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 | Oct-05 | 24.00 | - | 24.00 |
| Popescu | Sorin | 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 | Nov-06 | 21.00 | - | 21.00 |
| Popescu | Sorin | 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 | Dec-06 | 109.00 | - | 109.00 |
| Popescu | Sorin | 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 | Mar-07 | 21.00 | - | 21.00 |

Note:

omissions by periods:

| | |
|---|---|
| 07/01/05-06/30/06 | 184.00 |
| 07/01/06-03/31/07 | 151.00 |
| Totals | 335.00 |

Omissions based on review of weekly time sheeta and certified
payrolls . We also required assistance from union trustees
regarding where covered employees worked.

## DELINQUENCY SCHEDULE  -  STONE TENDERS

COMPANY NAME:   TRIBEC LTD  -  KENSICO DAM

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | 07/01/05-06/30/06 | - | - | - | |
| | 07/01/06-03/31/07 | 201.00 | 16.00 | 3,216.00 | |
| | | | | - | |
| | | | | - | |
| | | | - | 3,216.00 |

DEL STAMPS

**Supporting Schedule of Payroll Omissions**
**Company: Tribec LTD - Kensico Dam**
**Union: Stone Tenders**
**Audit Period: 7/1/05-3/31/07**

| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
|---|---|---|---|---|---|---|
| | | | | 201.00 | - | 201.00 |
| Fazzolari | Dean | 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 | Oct-06 | 14.00 | - | 14.00 |
| Duda | Theodore | 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 | Oct-06 | 14.00 | - | 14.00 |
| Dinu | Christian | 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 | Oct-06 | 30.00 | | 30.00 |
| | | | | | | |
| Dinu | Christian | 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 | Nov-06 | 106.50 | - | 106.50 |
| | | | | | | |
| Dinu | Christian | 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 | Dec-06 | 36.50 | - | 36.50 |
| Note: | | | | | | |
| | | | | | | |
| omissions by periods: | | | | | | |
| | | | | | | |
| 07/01/05-06/30/06 | - | | | | | |
| 07/01/06-03/31/07 | 201.00 | | | | | |
| | | | | | | |
| Totals | 201.00 | | | | | |

Omissions based on review of weekly time sheeta and certified
payrolls . We also required assistance from union trustees
regarding where covered employees worked.

## DELINQUENCY SCHEDULE - STONE SETTERS

**COMPANY NAME:**   TRIBEC LTD - MISCELLANEOUS

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | 07/01/05-06/30/06 | 40.00 | 31.48 | 1,259.20 | |
| | 07/01/06-03/31/07 | 194.50 | 32.28 | 6,278.46 | |
| | | | | - | |
| | | | | - | 7,537.66 |

DEL STAMPS

| | | | | Hours/Wages | | |
|---|---|---|---|---|---|---|
| **Supporting Schedule of Payroll Omissions** | | | | | | |
| **Company: Tribec LTD - miscellaneous** | | | | | | |
| **Union: Stone Tenders** | | | | | | |
| **Audit Period: 7/1/05-3/31/07** | | | | | | |
| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
| | | | | 368.00 | 15.00 | 353.00 |
| | | | | | | |
| Araujo | Luis | 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 | Jun-06 | 88.00 | - | 88.00 |
| Araujo | Luis | 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 | Jul-06 | 63.50 | - | 63.50 |
| Araujo | Luis | 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 | Aug-06 | 141.00 | - | 141.00 |
| Araujo | Luis | 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 | Sep-06 | 48.00 | 15.00 | 33.00 |
| Araujo | Luis | 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 | Dec-06 | 12.50 | - | 12.50 |
| Araujo | Luis | 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 | Mar-07 | 15.00 | - | 15.00 |
| | | | | | | |
| | | | | | | |
| Note: | | | | | | |
| | | | | | | |
| omissions by periods: | | | | | | |
| | | | | | | |
| 07/01/05-06/30/06 | 88.00 | | | | | |
| 07/01/06-03/31/07 | 265.00 | | | | | |
| | | | | | | |
| Totals | 353.00 | | | | | |

## DELINQUENCY SCHEDULE - STONE SETTERS

COMPANY NAME:  TRIBEC LTD

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | | | | - | |
| | 07/01/05-06/30/06 | 1,343.25 | 31.48 | 42,285.51 | |
| | 07/01/06-03/31/07 | 1,253.25 | 32.28 | 40,454.91 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 82,740.42 |

DEL STAMPS

## Supporting Schedule of Payroll Omissions

### Company Name: Tribec Ltd
### Union: Stonesetters

| Name | | | Payroll | Hours/Wages | | |
|------|-------|--------------|---------|--------|----------|---------------|
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
| Araujo | Jose | 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 | Jul-05 | 37.50 | 35.00 | 2.50 |
| Corrao | Frank | 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 | Jul-05 | 85.50 | 35.00 | 50.50 |
| Lam | Pin Sham | 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 | Jul-05 | 40.00 | - | 40.00 |
| | | | | | | - |
| Corrao | Frank | 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 | Aug-05 | 130.00 | 70.00 | 60.00 |
| Lam | Pin Sham | 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 | Aug-05 | 80.00 | | 80.00 |
| | | | | | | - |
| Araujo | Jose | 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 | Sep-05 | 133.00 | - | 133.00 |
| Corrao | Frank | 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 | Sep-05 | 120.00 | - | 120.00 |
| Lam | Pin Sham | 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 | Sep-05 | 120.00 | | 120.00 |
| | | | | | | - |
| Araujo | Jose | 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 | Oct-05 | 14.00 | | 14.00 |
| | | | | | | - |
| Corrao | Frank | 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 | Dec-05 | 56.00 | | 56.00 |
| | | | | | | - |
| Corrao | Frank | 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 | Mar-06 | 144.50 | 141.50 | 3.00 |
| Lam | Pin Sham | 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 | Mar-06 | 72.00 | - | 72.00 |
| Araujo | Jose | 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 | Apr-06 | 94.00 | 92.50 | 1.50 |
| Camarata | David | 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 | Apr-06 | 125.50 | 95.50 | 30.00 |
| Conrad | Thomas | 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 | Apr-06 | 67.50 | 36.50 | 31.00 |
| Jeronimo | Nelson | 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 | Apr-06 | 7.00 | - | 7.00 |
| Lam | Pin Sham | 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 | Apr-06 | 174.50 | | 174.50 |
| Araujo | Jose | 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 | May-06 | 171.00 | 136.00 | 35.00 |
| Lam | Pin Sham | 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 | May-06 | 181.00 | | 181.00 |
| | | | | | | - |
| Lam | Pin Sham | 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 | Jun-06 | 132.25 | | 132.25 |
| | | | | | | - |
| Burns | Peter | 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 | Jul-06 | 44.00 | 14.00 | 30.00 |
| Lam | Pin Sham | 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 | Jul-06 | 145.25 | | 145.25 |
| | | | | | | - |
| Araujo | Jose | 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 | Aug-06 | 168.00 | 105.00 | 63.00 |
| Burns | Peter | 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 | Aug-06 | 137.50 | 35.00 | 102.50 |
| Corrao | Frank | 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 | Aug-06 | 178.00 | 143.00 | 35.00 |
| Dujnic | Andrew | 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 | Aug-06 | 156.50 | 136.00 | 20.50 |
| Jeronimo | Nelson | 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 | Aug-06 | 34.00 | | 34.00 |
| Miller | George | 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 | Aug-06 | 118.50 | | 118.50 |
| | | | | | | - |
| Araujo | Jose | 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 | Sep-06 | 97.50 | 205.00 | (107.50) |
| Burns | Peter | 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 | Sep-06 | 112.00 | 156.50 | (44.50) |
| Dujnic | Andrew | 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 | Sep-06 | 119.00 | 111.50 | 7.50 |
| Miller | George | 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 | Sep-06 | 98.00 | 180.50 | (82.50) |
| Lam | Pin Sham | 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 | Sep-06 | 115.00 | 157.00 | (42.00) |
| Corrao | Frank | 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 | Sep-06 | 140.00 | 105.00 | 35.00 |
| | | | | | | - |

## Supporting Schedule of Payroll Omissions

**Company Name: Tribec Ltd**

**Union: Stonesetters**

| Name | | | Payroll | Hours/Wages | | |
|---|---|---|---|---|---|---|
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
| Araujo | Jose | 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 | Oct-06 | 129.50 | | 129.50 |
| Corrao | Frank | 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 | Oct-06 | 147.00 | 49.00 | 98.00 |
| Dujnic | Andrew | 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 | Oct-06 | 44.00 | 14.00 | 30.00 |
| Lam | Pin Sham | 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 | Oct-06 | 132.50 | 28.00 | 104.50 |
| | | | | | | - |
| Araujo | Jose | 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 | Nov-06 | 120.50 | 7.00 | 113.50 |
| Corrao | Frank | 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 | Nov-06 | 94.00 | 24.00 | 70.00 |
| Dujnic | Andrew | 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 | Nov-06 | 99.00 | 22.00 | 77.00 |
| Lam | Pin Sham | 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 | Nov-06 | 98.00 | | 98.00 |
| | | | | | | - |
| Araujo | Jose | 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 | Dec-06 | 42.00 | 12.00 | 30.00 |
| Corrao | Frank | 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 | Dec-06 | 95.00 | | 95.00 |
| Dujnic | Andrew | 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 | Dec-06 | 35.00 | | 35.00 |
| Lam | Pin Sham | 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 | Dec-06 | 35.00 | 12.00 | 23.00 |
| | | | | | | - |
| Araujo | Jose | 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 | Mar-07 | 7.00 | | 7.00 |
| Corrao | Frank | 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 | Mar-07 | 21.00 | | 21.00 |
| Lam | Pin Sham | 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 | Mar-07 | 7.00 | | 7.00 |
| Omissions by periods: | | | | | | |
| 07/01/05-06/30/06 | 1,343.25 | | | | | |
| 07/01/06-03/31/07 | 1,253.25 | | | | | |
| | | | | | | |
| Totals | 2,596.50 | | | | | |
| | | | | | | |
| Notes: | | | | | | - |
| Omissions based on review of weekly certified payrolls, time sheets | | | | | | - |
| and earnings reports for various projects. | | | | | | |
| | | | | | | |
| We are missing weekly payrolls and/ or time sheets for various projects. | | | | | | - |
| Totals | | | | 4,755.00 | 2,158.50 | 2,596.50 |

## DELINQUENCY SCHEDULE - STONE SETTERS

**COMPANY NAME:** TRIBEC LTD - ROUTE 9A PROJECT

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | | | | - | |
| | 07/01/05-06/30/06 | 386.75 | 31.48 | 12,174.89 | |
| | 07/01/06-03/31/07 | 290.25 | 32.28 | 9,369.27 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 21,544.16 |

DEL STAMPS

## Supporting Schedule of Payroll Omissions

### Company Name: Tribec Ltd - Route 9A Project

### Union: Stonesetters

| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
|------|-------|---------------|---------|--------|----------|---------------|
| | | | | | | - |
| Araujo | Jose | 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 | Apr-06 | 94.00 | 92.50 | 1.50 |
| Camarata | David | 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 | Apr-06 | 125.50 | 95.50 | 30.00 |
| Jeronimo | Nelson | 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 | Apr-06 | 7.00 | - | 7.00 |
| | | | | | | - |
| Araujo | Jose | 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 | May-06 | 171.00 | 136.00 | 35.00 |
| Lam | Pin Sham | 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 | May-06 | 181.00 | | 181.00 |
| | | | | | | - |
| Lam | Pin Sham | 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 | Jun-06 | 132.25 | | 132.25 |
| | | | | | | - |
| Burns | Peter | 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 | Jul-06 | 44.00 | 14.00 | 30.00 |
| Lam | Pin Sham | 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 | Jul-06 | 145.25 | | 145.25 |
| | | | | | | - |
| Araujo | Jose | 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 | Aug-06 | 168.00 | 105.00 | 63.00 |
| Burns | Peter | 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 | Aug-06 | 109.50 | 35.00 | 74.50 |
| | | | | | | |
| Araujo | Jose | 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 | Sep-06 | 97.50 | 205.00 | (107.50) |
| Burns | Peter | 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 | Sep-06 | 112.00 | 156.50 | (44.50) |
| | | | | | | |
| Araujo | Jose | 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 | Oct-06 | 129.50 | | 129.50 |
| | | | | | | |
| Omissions by periods: | | | | | | |
| 07/01/05-06/30/06 | 386.75 | | | | | |
| 07/01/06-03/31/07 | 290.25 | | | | | |
| | | | | | | |
| Totals | 677.00 | | | | | |
| | | | | | | |
| Notes: | | | | | | - |
| Omissions based on review of weekly time sheets and certified payrolls. | | | | | | - |
| We also required assistance from union trustees regarding where | | | | | | - |
| covered employees worked. | | | | | | |
| | | | | | | |
| We are missing weekly payrolls and/ or time sheets for various projects. | | | | | | - |
| | Totals | | | 1,516.50 | 839.50 | 677.00 |

## DELINQUENCY SCHEDULE - STONE SETTERS

**COMPANY NAME:**  TRIBEC LTD - CROTON WATER TREATMENT

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | - |
| | 07/01/05-06/30/06 | 205.50 | 31.48 | 6,469.14 | |
| | 07/01/06-03/31/07 | 15.00 | 32.28 | 484.20 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 6,953.34 |

DEL STAMPS

## Supporting Schedule of Payroll Omissions

### Company Name: Tribec Ltd - Croton Water Treatment Project

### Union: Stonesetters

| Name Last | First | Soc. Sec. No. | Payroll Period | Hours/Wages Worked | Reported | Delinquencies |
|---|---|---|---|---|---|---|
| Conrad | Thomas | 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 | Apr-06 | 67.50 | 36.50 | 31.00 |
| Lam | Pin Sham | 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 | Apr-06 | 174.50 | - | 174.50 |
| | | | | | - | - |
| Corrao | Frank | 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 | Aug-06 | 178.00 | 143.00 | 35.00 |
| Dujnic | Andrew | 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 | Aug-06 | 156.50 | 136.00 | 20.50 |
| Miller | George | 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 | Aug-06 | 41.50 | | 41.50 |
| | | | | | | |
| Dujnic | Andrew | 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 | Sep-06 | 119.00 | 111.50 | 7.50 |
| Miller | George | 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 | Sep-06 | 98.00 | 180.50 | (82.50) |
| Lam | Pin Sham | 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 | Sep-06 | 115.00 | 157.00 | (42.00) |
| Corrao | Frank | 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 | Sep-06 | 140.00 | 105.00 | 35.00 |
| | | | | | | - |
| | | | | | | |
| Omissions by periods: | | | | | | |
| 07/01/05-06/30/06 | 205.50 | | | | | |
| 07/01/06-03/31/07 | 15.00 | | | | | |
| | | | | | | |
| Totals | 220.50 | | | | | |
| | | | | | | |
| Notes: | | | | | | - |
| Omissions based on review of weekly time sheets and certified payrolls. | | | | | | - |
| We also required assistance from union trustees regarding where | | | | | | |
| covered employees worked. | | | | | | |
| | | | | | | |
| We are missing weekly payrolls and/ or time sheets for various projects. | | | | | | |
| Totals | | | | 1,090.00 | 869.50 | 220.50 |

## DELINQUENCY SCHEDULE - STONE SETTERS

**COMPANY NAME:**   TRIBEC LTD - NEWTOWN CREEK

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | | | | - | |
| | 07/01/05-06/30/06 | 711.00 | 31.48 | 22,382.28 | |
| | 07/01/06-03/31/07 | 418.50 | 32.28 | 13,509.18 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 35,891.46 |

DEL STAMPS

## Supporting Schedule of Payroll Omissions

### Company Name: Tribec Ltd - Newtown Creek

### Union: Stonesetters

| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
|---|---|---|---|---|---|---|
| Araujo | Jose | 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 | Jul-05 | 37.50 | 35.00 | 2.50 |
| Corrao | Frank | 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 | Jul-05 | 85.50 | 35.00 | 50.50 |
| | | | | | . | |
| Corrao | Frank | 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 | Aug-05 | 130.00 | 70.00 | 60.00 |
| Lam | Pin Sham | 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 | Aug-05 | 80.00 | - | 80.00 |
| | | | | | . | |
| Araujo | Jose | 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 | Sep-05 | 133.00 | - | 133.00 |
| Corrao | Frank | 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 | Sep-05 | 120.00 | - | 120.00 |
| Lam | Pin Sham | 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 | Sep-05 | 120.00 | - | 120.00 |
| | | | | | . | - |
| Araujo | Jose | 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 | Oct-05 | 14.00 | - | 14.00 |
| | | | | | . | - |
| Corrao | Frank | 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 | Dec-05 | 56.00 | - | 56.00 |
| | | | | | . | |
| Corrao | Frank | 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 | Mar-06 | 144.50 | 141.50 | 3.00 |
| Lam | Pin Sham | 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 | Mar-06 | 72.00 | - | 72.00 |
| | | | | | . | |
| | | | | | . | |
| Corrao | Frank | 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 | Oct-06 | 147.00 | 49.00 | 98.00 |
| Lam | Pin Sham | 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 | Oct-06 | 132.50 | 28.00 | 104.50 |
| | | | | | . | |
| Corrao | Frank | 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 | Nov-06 | 38.00 | 24.00 | 14.00 |
| Lam | Pin Sham | 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 | Nov-06 | 91.00 | | 91.00 |
| | | | | | . | |
| Corrao | Frank | 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 | Dec-06 | 60.00 | - | 60.00 |
| Lam | Pin Sham | 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 | Dec-06 | 35.00 | 12.00 | 23.00 |
| | | | | | . | |
| Corrao | Frank | 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 | Mar-07 | 21.00 | | 21.00 |
| Lam | Pin Sham | 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 | Mar-07 | 7.00 | | 7.00 |
| | | | | | | |
| Omissions by periods: | | | | | . | |
| 07/01/05-06/30/06 | 711.00 | | | | | |
| 07/01/06-03/31/07 | 418.50 | | | | | |
| | | | | | . | |
| Totals | 1,129.50 | | | | | |
| | | | | | . | |
| Notes: | | | | | . | |
| Omissions based on review of weekly time sheets and certified payrolls. | | | | | . | |
| We also required assistance from union trustees regarding where | | | | | . | |
| covered employees worked. | | | | | . | |
| | | | | | . | |
| We are missing weekly payrolls and/ or time sheets for various projects. | | | | | . | |
| | Totals | | | 1,524.00 | 394.50 | 1,129.50 |

## DELINQUENCY SCHEDULE - STONE SETTERS

**COMPANY NAME:** TRIBEC LTD - KENSICO DAM

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | | | | - | |
| | | | | - | |
| | 07/01/06-03/31/07 | 335.00 | 32.28 | 10,813.80 | |
| | | | | - | |
| | | | | - | 10,813.80 |

DEL STAMPS

## Supporting Schedule of Payroll Omissions

### Company Name: Tribec Ltd - Kensico Dam
### Union: Stonesetters

| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
|---|---|---|---|---|---|---|
| Burns | Peter | 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 | Aug-06 | 28.00 | | - |
| Jeronimo | Nelson | 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 | Aug-06 | 34.00 | | 28.00 |
| Miller | George | 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 | Aug-06 | 77.00 | | 34.00 |
| | | | | | | 77.00 |
| Araujo | Jose | 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 | Nov-06 | 7.00 | | - |
| Corrao | Frank | 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 | Nov-06 | 56.00 | | 7.00 |
| Dujnic | Andrew | 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 | Nov-06 | 56.00 | | 56.00 |
| Lam | Pin Sham | 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 | Nov-06 | 7.00 | | 56.00 |
| | | | | | | 7.00 |
| Corrao | Frank | 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 | Dec-06 | 35.00 | | - |
| Dujnic | Andrew | 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 | Dec-06 | 35.00 | | 35.00 |
| | | | | | | 35.00 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| Totals | | | | 335.00 | - | 335.00 |

## DELINQUENCY SCHEDULE - STONE SETTERS

**COMPANY NAME:**  TRIBEC LTD - MISCELLANEOUS

| | PAYROLL PERIOD | OMISSIONS PER SCHEDULE | BENEFIT RATES | DELINQUENCY | TOTALS |
|---|---|---|---|---|---|
| STAMP TOTAL | | | | - | |
| | 07/01/05-06/30/06 | 40.00 | 31.46 | 1,259.20 | |
| | 07/01/06-03/31/07 | 194.50 | 32.28 | 6,278.46 | |
| | | | | - | |
| | | | | - | |
| | | | | - | 7,537.66 |

DEL STAMPS

## Supporting Schedule of Payroll Omissions

### Company Name:  Tribec Ltd  - Miscellaneous

### Union:  Stonesetters

| Name | | | Payroll | Hours/Wages | | |
| Last | First | Soc. Sec. No. | Period | Worked | Reported | Delinquencies |
|------|-------|---------------|--------|--------|----------|---------------|
| Lam | Pin Sham | 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 | Jul-05 | 40.00 | - | 40.00 |
| | | | | | | - |
| Dujnic | Andrew | 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 | Oct-06 | 44.00 | 14.00 | 30.00 |
| | | | | | | - |
| Araujo | Jose | 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 | Nov-06 | 113.50 | 7.00 | 106.50 |
| Dujnic | Andrew | 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 | Nov-06 | 43.00 | 22.00 | 21.00 |
| | | | | | | - |
| Araujo | Jose | 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 | Dec-06 | 42.00 | 12.00 | 30.00 |
| | | | | | | - |
| | | | | | | - |
| Araujo | Jose | 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 | Mar-07 | 7.00 | | 7.00 |
| | | | | | | |
| Omissions by periods: | | | | | | |
| 07/01/05-06/30/06 | 40.00 | | | | | |
| 07/01/06-03/31/07 | 194.50 | | | | | |
| | | | | | | |
| Totals | 234.50 | | | | | |
| | | | | | | |
| Notes: | | | | | | |
| Omissions based on review of weekly certified payrolls, time sheets | | | | | | - |
| and earnings reports for various projects. | | | | | | - |
| | | | | | | |
| We were unabke to trace the delinquent hours for these covered employees | | | | | | - |
| to specific projects. | | | | | | |
| | Totals | | | 289.50 | 55.00 | 234.50 |