| | | |
|---|---|---|
| Vincent F. O'Hara<br>William P. Holm*<br>Michael L. Landsman<br>Carol G. Dell<br><br>Abbey M. Gruber†<br>Marion M. Lim<br>Valeria A. Kozmich<br>Christa Boyd-Nafstad†<br><br>* Also Admitted in CT<br>† Also Admitted in NJ | **HOLM & O'HARA LLP**<br>Attorneys at Law<br>3 West 35th Street<br>New York, New York 10001-2204<br>(212) 682-2280<br>Fax (212) 682-2153<br>www.holmandohara.com | Connecticut Office<br>73 Main Street<br>P.O. Box 215<br>Sharon, CT 06069<br>(860) 364-0627 |

July 14, 2008

**Via Facsimile**
Judge Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1920
New York, NY 10007

RECEIVED JUL 14 2008 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

Re: *Lanzafame et al v. Tribec, Ltd. et al.*
07-CV-3351 (Sweet, J.)
Our File No. 4088.014

Dear Judge Sweet:

    The law firm of Holm & O'Hara LLP represents the plaintiffs in the above referenced action.

    Counsel for plaintiffs, with the consent of counsel for defendants, David J. Aronstam, Esq., respectfully write to request a sixty (60) day extension of the discovery period in this matter, to September 15, 2008.

    On January 23, 2008, this Court ordered all discovery and motions in limine to be completed by July 15, 2008 (Docket # 22). During May and June of 2008, Plaintiffs issued third party subpoenas to defendants' accountants and reviewed documents produced in connection with the subpoenas. The parties scheduled the deposition of defendant Adam Ottavino for July 15, 2008, the last day to complete discovery pursuant to this Court's January 23, 2008 Order.

    Currently, I am involved in discovery and motion practice in <u>Cruise et al. v. Doyle et al.</u>, 07-cv-3940 (WHP) in the Southern District of New York and due to scheduling conflicts within my firm, I requested and received Mr. Aronstam's consent to adjourn the deposition of his client for a date in August (date to be confirmed between counsel later today). Therefore, counsel for both parties respectfully request that the Court grant their joint request to extend the close of discovery until September 15, 2008 to allow plaintiffs to depose defendant Adam Ottavino.

*So ordered*
*[signature] USDJ*
*7.23.08*

The Honorable Robert W. Sweet
July 14, 2008
Page 2 of 2

      Thank you for your courtesy in this matter.

                                          Respectfully,

                                          Marion M. Lim

cc:    David Aronstam, Esq. (via facsimile)
        Santo Lanzafame (via facsimile)
        Jeremiah Sullivan (via facsimile)

L:\VFO\STONESET.84\4088.014-Tribec (2007)\Letters\Sweet-06.extend.disc.doc